UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TELA ROBINSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CENTENE CORPORATION, CENTENE MANAGEMENT COMPANY, LLC, IOWA TOTAL CARE, INC., STEPHANIE WEIR, and CHRISTINA DUEA,<br><br>　　　　　Defendants. | Case No. 4:21-cv-00407-SMR-HCA<br><br>**JOINT REPORT FOR STATUS CONFERENCE** |

Pursuant to the Court's Order Setting Status Conferences (Doc. 13), Plaintiff Tela Robinson and Defendants Centene Management Company, LLC, Stephanie Weir, and Christina Duea[1] (collectively, "the Parties") hereby jointly submit a report in advance of the April 7, 2022 status conference and state as follows:

　　1.　The Parties jointly report that written discovery has commenced. The Parties exchanged initial Rule 26 disclosures on January 26, 2022. Defendant propounded initial discovery requests to Plaintiff on January 21, 2022, and Plaintiff served her responses on February 23, 2022.

　　2.　On March 3, 2022, counsel for Defendant sent Plaintiff's counsel a golden rule letter regarding Plaintiff's discovery responses. The Parties are in the process of working through the discovery issues raised therein. At this time, the Parties do not believe it is necessary to discuss the discovery matters during the upcoming status conference.

---

[1] Neither Centene Corporation nor Iowa Total Care, Inc. are proper corporate defendants. Centene Management Company, LLC, not Centene Corporation or Iowa Total Care, Inc., employed Plaintiff and individual defendants Stephanie Weir and Christina Duea. As such, Centene Management Company, LLC, not Centene Corporation or Iowa Total Care, Inc., is the proper corporate defendant.

3. The Parties do not believe there are any matters to be discussed at the upcoming status conference.

4. The Parties believe they are on track to meet the deadlines set by the Court's Scheduling and Trial Setting Order (Doc. 12).

5. The Parties do not anticipate that the status conference will take longer than 30-minutes and do not request a court reporter for the conference.

Respectfully submitted,

| | |
|---|---|
| */s/ Bruce H. Stoltze, Jr. (with permission)* | */s/ Jeannie M. DeVeney* |
| Bruce H. Stoltze, Jr., AT0010694 | Jeannie M. DeVeney, AT0002008 |
| STOLTZE LAW GROUP, PLC | LITTLER MENDELSON, P.C. |
| 300 Walnut Street, Suite 260 | 1201 Walnut Street, Suite 1450 |
| Des Moines, IA 50309 | Kansas City, MO 64106 |
| Telephone: 515.989.8529 | Telephone: 816.627.4400 |
| Facsimile: 515.989.8530 | Facsimile: 816.627.4444 |
| bruce.stoltze.jr@stoltze.law | jdeveney@littler.com |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2022, a true and correct copy of the foregoing was electronically submitted via the Court's e-filing system, which generated notice of same to the following counsel of record:

Bruce H. Stoltze, Jr.
Amanda Marie Bartusek
STOLTZE LAW GROUP, PLC
300 Walnut Street, Suite 260
Des Moines, IA 50309
Telephone: 515.989.8529
Facsimile: 515.989.8530
bruce.stoltze.jr@stoltze.law
amanda.bartusek@stoltzelaw.com

ATTORNEY FOR PLAINTIFF

*/s/ Jeannie M. DeVeney*
ATTORNEY FOR DEFENDANTS